IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                              Criminal Action No.
                                                 20-00249-01-CR-W-BCW

TRAVIS A. MENAUGH,

        Defendant.

_____

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:

Count One:    Felon in Possession of Firearm & Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Sean Foley
    Case Agent: FBI Special Agent Dustin Green
    Defense:    Lesley Smith

**OUTSTANDING MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:    5-6 with stipulations;   3-4 without stipulations
    Defendants:    No additional witnesses, Defendant may testify.

**TRIAL EXHIBITS:**
    Government:    20-25 exhibits
    Defendant:    No additional exhibits for the defendant

**DEFENSES**: General denial


**POSSIBLE DISPOSITION**:
      ( ) Definitely for trial; ( ) Possibly for trial; ( X) A plea has been worked out


**TRIAL TIME:  2 ½ days**
    Government's case including jury selection:  2 days
    Defense case:  1/2 day


**STIPULATIONS**:  None


**UNUSUAL QUESTIONS OF LAW:**  None


**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: April 19, 2021
    Defense: April 19, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:**  Noon, Wednesday, April 28, 2021
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motions in Limine:**  April 19, 2021


**TRIAL SETTING**: Criminal jury trial docket commencing May 3, 2021.
    **Please note:**. No interpreter or assistive devices are requested.


    **IT IS SO ORDERED.**


                                  /s/ Jill A. Morris
                                  JILL A. MORRIS
                                  United States Magistrate Judge